# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY BUSH, Individually and as** | : | **CIVIL ACTION** |
| **Daughter, Next Friend and** | : | |
| **Trustee of Genevieve Bush** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JUDGE KATHERINE B. L. PLATT** | : | **NO. 19-4414** |

## ORDER

**NOW,** this 18th day of November, 2019, upon consideration of the Petition for Habeas Corpus Relief Filed on Behalf of Petitioner and Her Mother, it is **ORDERED** that the petition is **DISMISSED.**

          /s/ TIMOTHY J. SAVAGE J.